7951

## NEW YORK LIFE INSURANCE CO. v. MOBLEY.

1. INJUNCTION—EXECUTION—NOTICE.—It is error to grant an order staying execution without notice to the adverse party or his attorney.
2. IBID.—On issuing an injunction the Court has no power to dispense with an undertaking with or without sureties.

Before DEVORE, J., Lancaster, April, 1910.    Reversed.

Action by New York Life Insurance Company against Nannie B. Mobley.    Defendant appeals from the following order:

"On hearing the verified complaint, filed in the above entitled cause, and on motion of James H. McIntosh and R. B. Allison, attorneys for the plaintiff herein:

"It is adjudged, ordered and decreed that the defendant, Nannie B. Mobley, her agents and attorneys, be enjoined and restrained from selling, assigning or transferring the judgment obtained and entered up by her against the New York Life Insurance Company, in the case of Nannie B. Mobley, as plaintiff, against the New York Life Insurance Company, as defendant, and that the said Nannie B. Mobley, her agents and attorneys, be also enjoined and restrained from causing execution to be issued thereon or levy to be made on account thereof, on any of the property of the said New York Life Insurance Company; and that this injunction or restraining order stand in full force until the final hearing of this cause.

"Let a copy of this order be served on the defendant, Nannie B. Mobley, her attorney, and the sheriff."

*Mr. J. Harry Foster,* for appellant, cites: *Injunction should not be granted without bond:* 29 S. C. 491; 5 S. C. 177; 51 S. C. 388.

*Messrs. James H. McIntosh* and *R. B. Allison,* contra. *Mr. Allison* cites: *Temporary injunction may be granted*

*without notice:* 5 S. C. 159; 37 S. C. 223.  *And should be granted where the sole purpose is an injunction:* 69 S. C. 159; 75 S. C. 220; 84 S. C. 51; 86 S. C. 160.  *Failure to require bond is not a jurisdictional defect:* 5 S. C. 159.

July 7, 1911.  The opinion of the Court was delivered by

MR. JUSTICE HYDRICK.  It is error to grant an order staying execution without notice to the adverse party, or his attorney.  Code Civ. Proced., 242a.

On issuing an injunction, the Court has no power to dispense with an undertaking, with or without sureties, as required by section 243 of the Code.  *Smith* v. *Smith,* 51 S. C. 379, 29 S. E. 227; *Water Co.* v. *Nunamaker,* 73 S. C. 550, 53 S. E. 996.

No point is made and no opinion expressed as to whether this action will lie.  But, see *Croker* v. *Allen,* 34 S. C. 452, 13 S. E. 650.

Reversed.